| | |
|---|---|
| 1 | **QUILL & ARROW, LLP** |
| 2 | Andrew Jung (SBN 336002) |
|   | Email: ajung@quillarrowlaw.com |
| 3 | Roy Enav (SBN 340224) |
| 4 | Email: renav@quillarrowlaw.com |
|   | 10880 Wilshire Blvd., Suite 1600 |
| 5 | Los Angeles, CA 90024 |
|   | Tel: (310) 933-4271 |
| 6 | |
| 7 | Attorneys for Plaintiffs Hugo Mejia Estrada & Carla M. Estrada |
| 8 | **KLEIN THOMAS LEE & FRESARD** |
|   | Anthony S. Thomas (SBN 149284) |
| 9 | Email: Tony.thomas@kleinthomaslaw.com |
|   | 1920 Main Street, Suite 230 |
| 10 | Irvine, CA 92614 |
|    | Tel: (310) 424-4009 |
| 11 | |
|    | Attorney for Defendant, Nissan North America, Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MEJIA ESTRADA, an individual, and CARLA M. ESTRADA, an individual, | CASE NO.: 2:25-cv-5088 SSC |
| Plaintiff, | *[Removed from Ventura County Superior Court, Case No. 2024CUBC032825]* |
| v. | Magistrate Judge: Stephanie S. Christensen |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | **[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO REMAND** |
| Defendants. | Action Filed: October 29, 2024 |
| | Trial: None |

# **ORDER**

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

1. This matter is remanded back to the Superior Court of the State of California, County of Ventura;

2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

DATED: July 21, 2025

_____
Hon. Stephanie S. Christensen
U.S. Magistrate Judge